IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| LYDIA GINES VEGA, et al.<br>Plaintiffs<br>v.<br>CROWLEY AMERICAN TRANSPORT, INC, et al.<br>Defendants/Third-Party Plaintiffs<br>v.<br>NIVARDO MARRERO, et al.<br>Third-Party Defendant | * | **Civil No. 96-1638(SEC)**<br>Consolidated with: |
| JESSIE HERNANDEZ CORDOVA , et al.<br>Plaintiffs<br>v.<br>CROWLEY AMERICAN TRANSPORT, INC, et al.<br>Defendants/Third-Party Plaintiffs<br>v.<br>NIVARDO MARRERO, et al.<br>Third-Party Defendant | * | **Civil No. 96-2008(SEC)** |
| MANUEL COLON BURGOS, et al.<br>Plaintiffs<br>v.<br>CROWLEY AMERICAN TRANSPORT, INC, et al.<br>Defendants/Third-Party Plaintiffs<br>v.<br>NIVARDO MARRERO, et al.<br>Third-Party Defendant | * | **Civil No. 97-1492(SEC)** |
| FRANCISCO COLON OCASIO, et al.<br>Plaintiffs<br>v.<br>TRANSPORTE BARCELONETA, et al.<br>Defendants/Third-Party Plaintiffs<br>v.<br>CROWLEY AMERICAN TRANSPORT, INC., et al.<br>Third-Party Defendant | * | **Civil No. 97-1415(SEC)** |

RECEIVED & FILED
00 AUG 10 AM 7:08
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## ORDER

Pursuant to P.R. Loc. R. 302.7, this case is hereby transferred to the docket of the Honorable

Jay García Gregory, subject to his approval.

**SO ORDERED.**

In San Juan, Puerto Rico, this 8 TH day of August, 2000.

SALVADOR E. CASELLAS
United States District Judge